TILLIE LOEB, Appellant, v. MICHAEL CLEMENT and Others, Respondents, and Others.— Motion for reargument denied, with ten dollars costs. Motion for eave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

KATHERINE O'BRIEN, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants. ETHEL WARNER ROGERS, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants. KENNETH ROGERS, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

WILLIAM A. FABIAN, JR., an Infant, by WILHELMINA FABIAN, His Guardian ad Litem, Respondent, v. SCHENECTADY RAPID TRANSIT, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

GEORGE A. WILSON, as Administrator, etc., of CLARIBEL WILSON, Deceased, Appellant, v. ADELBERT J. GRIFFIN, Respondent. GEORGE A. WILSON, Appellant, v. ADELBERT J. GRIFFIN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

SAMUEL T. GERMAIN and Another, Respondents, v. HELEN GERMAIN and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.